IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00431 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER CONTINUING |
| | ) | STATUS HEARING AND EXCLUDING |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| GILBERTO ARMENTA-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, August 23, 2012, shall be continued to Thursday, September 13, 2012, at 9:00 a.m.

It is further ordered that the time through and including September 13, 2012, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August ___, 2012

_____
HON. D. LOWELL JENSEN
Senior United States District Judge

[] Order Excluding Time
CR 12-00431 DLJ                                                           1